# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157812(90)(91)(93)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ARTHUR LAROME JEMISON,
          Defendant-Appellant.

SC: 157812
COA: 334024
Wayne CC: 15-010216-FC

_____/

On order of the Chief Justice, the motions of defendant-appellant to allow amicus curiae Richard Friedman to have ten minutes of oral argument time separate from that of the parties and to waive the filing fee are GRANTED. On further order of the Chief Justice, the motion of Julie Baumer to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 18, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2020



Clerk